IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lawhorn, Stephen

Printed: 2/19/08

Case Number: 07 B 04125
Judge: Hollis, Pamela S
Filed: 3/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,615.62 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,528.38 |
| Trustee Fee: |  | 87.24 |
| Other Funds: |  | 0.00 |
| Totals: | 1,615.62 | 1,615.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 1,528.38 |
| 2. | Peoples Choice Home Laon | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 5. | Peoples Choice Home Laon | Secured | 16,945.75 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,259.63 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 1,088.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 2,576.84 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,540.87 | 0.00 |
| 10. | LVNV Funding | Unsecured | 593.42 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 13. | Cross Country Bank | Unsecured | | No Claim Filed |
| 14. | Armada | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 17. | Torres Credit | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | $ 26,527.51 | $ 1,528.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 87.24 |
| | $ 87.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lawhorn, Stephen | Case Number:  07 B 04125 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  3/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

